## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON CROCKETT and MAXWELL JANIS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiff*, <br> v. <br><br> NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.; EDS CORPORATION, <br><br> *Defendants*. | No. 1:06-CV-00652 (RBW) |

### NOTICE OF FILING OF MOTION TO TRANSFER

Pursuant to Rule 5.12(c) of the Rules of the Judicial Panel on Multidistrict Litigation (the Panel), Defendant National Association of Securities Dealers, Inc., hereby notifies this Court of the filing of the attached Second Amended Motion for Transfer, which requests that the Panel transfer this action pursuant to 28 U.S.C. § 1407. Copies of the original transfer motion were filed with this Court in *Lowe v. NASD*, No. 06-CV-00280, and *Wallin v. NASD*, No. 06-CV-00382. The Panel has docketed these motions as MDL-1772, *In re Series 7 Broker Qualification Exam Scoring Litigation*, and this case is stayed pending the Panel's decision.

Dated: April 17, 2006                                Respectfully submitted,


                                                                 /s/

                                                    F. Joseph Warin
                                                    William M. Jay
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    1050 Connecticut Ave., N.W.
                                                    Washington, DC 20036
                                                    (202) 955-8500

                                                    *Attorneys for Defendant National Association of Securities Dealers, Inc.*