UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON CROCKETT, and MAXWELL JANIS, on behalf of themselves and all others similarly situated<br><br>          Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS AND EDS CORPORATION<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 06-cv-0652<br>) Judge Reggie B. Walton<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WAIVER OF SERVICE OF SUMMONS**

TO:    Michael G. McLellan
         FINKELSTEIN, THOMPSON, AND LOUGHRAN
         1050 30th Street, NW
         Washington, D.C. 20007

      I acknowledge receipt of your request that I waive service of a summons in the above-captioned action. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

      I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

      I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

      I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **May 1, 2006** (date request was sent).

5/2/2006
_____
Date

_____
William M. Jay, Esquire
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
*Attorney for Defendant National Association of Securities Dealers*